```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    MAURICE BARNES,

                          Petitioner.                1:20-cv-4871-GHW
                                                    1:15-cr-454-GHW

          v.

    UNITED STATES OF AMERICA,                ORDER

                         Respondent.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court, having examined the petition in this action, which Defendant Barnes filed pursuant to 28 U.S.C. § 2255, hereby ORDERS that:

    The Clerk of Court shall serve a copy of the petition and this order on the Civil Division of the U.S. Attorney's Office for the Southern District of New York by certified mail to 86 Chambers Street, 3rd Floor, New York, New York 10007.

    Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Defendant may file reply papers, if any, within fourteen days from the date Defendant is served with the Government's answer or other pleading.

    SO ORDERED.

Dated:  June 29, 2020

                                                              GREGORY H. WOODS
                                                            United States District Judge